**No. 48384.**—Protest 803286–G of Blumenthal Import Corp. (New York).

Opinion by CLINE, J.   It appeared from the record that the shipment consisted of dry salted sheepskins packed in bales; that the skins were not capable of being

marked but the bales were marked "Produce of Sudan" and the collector required that they be marked "Anglo Egyptian Sudan" before they were released. On the record presented the protest was overruled following Abstract 30446.